UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA upon
the relation and for the use of the
TENNESSEE VALLEY AUTHORITY
Plaintiff

v.  Civil Action No. 3:11-CV-00311
 Judge Wiseman

AN EASEMENT AND RIGHT-OF-WAY
OVER 2.49 ACRES OF LAND, MORE
OR LESS, IN SUMNER COUNTY,
TENNESSEE, and
MARY KATHERINE LORANCE
SUMNER BANK & TRUST
RICHARD HUTCHINSON, trustee
Defendants

## AGREED ORDER ADJUSTING THE EASEMENT AND RIGHT-OF-WAY AND AMENDING THE CAPTION OF THIS ACTION

Pursuant to the agreement of Plaintiff and defendant-landowner as set out in the Joint Motion for Entry of an Agreed Order Adjusting the Easement and Right-of-Way and Amending the Caption of this Action, filed herein (Doc. 28), it is hereby Ordered that:

1. The description of the easement and right-of-way in Attachment 1 to this Order is hereby deemed substituted for that in Attachment 1 to the Complaint, Declaration of Taking, and Notice filed herein (Docs. 1-1, 2-1, and 3-1, respectively) (thereby reflecting that Tract GATN-94 runs with the fence line along the western boundary of landowner-defendant's property).

2. The map attached hereto as Attachment 2 to this Order is hereby deemed substituted for the map attached to the Declaration of Taking filed herein (Doc. 2-2) (thereby showing the easement and right-of-way as adjusted by this Order).

3. The caption of this action is hereby amended as shown above (thereby showing the number of acres that are within the right-of-way described in Attachment 1 to this Order).

4. The Commission shall include $6,500 in its eventual award as compensation for any claims that defendant-landowner may have asserted in connection with the adjustment made to the easement and right-of-way as a result of this Order. Defendant-landowner's claims regarding the easement and right-of-way as adjusted remain intact.

5. The Clerk of this Court shall furnish to Plaintiff a certified copy of this Order.

IT IS SO ORDERED this the 47yj day of Qevqdgt, 2012.

_____
UNITED STATES DISTRICT JUDGE

We hereby approve and consent to the entry of this Order:

| | |
|---|---|
| *s/Philip J. Pfeifer* | *s/Joe Harsh (by express permission)* |
| Philip J. Pfeifer (IN BAR 6324-98) | Joe Harsh (TN BAR 16130) |
| Attorney | Harsh & Harsh |
| Tennessee Valley Authority | 123 Public Square |
| 400 West Summit Hill Drive | Gallatin, TN 37066 |
| Knoxville, Tennessee 37902-1401 | Telephone 615-452-4611 |
| Telephone 865-632-7876 | Facsimile 615-452-4372 |
| Facsimile 865-632-2422 | Email cihaustin56@live.com |
| Email pjpfeifer@tva.gov | |
| | Attorney for Defendant- Landowner |
| Attorney for Plaintiff | |